IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
EASTERN DIVISION
No: 4:16-CV-00291-BO

| | |
|---|---|
| **Liverman Metal Recycling, Inc. and Empire Services, Inc.**,<br><br>    Plaintiffs,<br><br>v.<br><br>**Arthur J. Gallagher & Co.**,<br><br>    Defendant. | **Order** |

  On November 10, 2017, Defendant Arthur J. Gallagher & Co. filed a motion to compel Plaintiffs Liverman Metal Recycling Inc. and Empire Services Inc. to produce various discovery requests. D.E. 22. Both parties briefed the issue (D.E. 23 and D.E. 24) and the court scheduled a January hearing on the motion. D.E. 36.

  Before the hearing, the parties reported that they resolved the issues raised in the motion. Based upon this representation, the court denies the Defendant's motion as moot. Each party shall bear their own costs.

Dated: January 23, 2018

                 *Robert T. Numbers II*
                 _____
                 Robert T. Numbers, II
                 United States Magistrate Judge